DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RODNEY THOMAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1534

[November 22, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Caroline C. Shepherd, Judge; L.T. Case No. 502017CF002986A.

Rodney Thomas, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and LEVINE, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***